RUKIN HYLAND DORIA & TINDALL LLP
PETER RUKIN (SBN 178336)
*prukin@rhdtlaw.com*
STEPHANIE DORIA WILEY (SBN 196825)
*sdoria@rhdtlaw.com*
REBECCA STEPHENS (SBN 299234)
*rstephens@rhdtlaw.com*
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone:   (415) 421-1800
Facsimile:    (415) 421-1700

Attorneys for PLAINTIFFS
ROSA GONZALEZ, JOSE LOPEZ, and minor J.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSA GONZALEZ, JOSE LOPEZ, and J.L., a minor by and through his guardian ad litem ROSA GONZALEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, DONALD GILL, SHELLEY LEWIS, JANEEN ZUNIGA, BRIAN WILK, and DOES 1-30,<br><br>    Defendants. | Case No.  3:15-cv-04820-EDL<br><br>[PROPOSED] ORDER RE: PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |
|---|---|

**[PROPOSED] ORDER**

The petition for an order appointing Rosa Gonzalez as guardian ad litem for J.L. is GRANTED.

IT IS SO ORDERED.

DATED:  February 8, 2016

_____
Hon. Elizabeth D. Laporte