UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-04820-EDL<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS AND SETTING DEADLINE FOR MOTION TO APPROVE MINOR'S COMPROMISE** |

A hearing on Defendants' Motion to Dismiss is currently scheduled for June 7, 2016. On May 26, 2016, the Parties filed a Notice of Conditional Settlement, which informed the Court that the Parties have reached a settlement agreement. Accordingly, the Court hereby vacates the scheduled hearing on Defendants' Motion to Dismiss and instructs Plaintiff to file a Motion to Approve Minor's Compromise by July 12, 2016. See Robidoux v. Rosengren, 638 F.3d 1177, 1181 (9th Cir. 2011).

**IT IS SO ORDERED.**

Dated: June 1, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge