PETER RUKIN (SBN 178336)
prukin@rukinhyland.com
STEPHANIE DORIA WILEY (SBN 196825)
sdoriawiley@rukinhyland.com
REBECCA STEPHENS (SBN 299234)
rstephens@rukinhyland.com
**RUKIN HYLAND LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone:    (415) 421-1800
Facsimile:    (415) 421-1700

Attorneys for Plaintiff J.L.

TIMOTHY P. MURPHY (SBN 120920)
tmurphy@esmlawfirm.com
DOLORES M. DONOHOE (SBN 111432)
ldonohoe@esmlawfirm.com
**EDRINGTON, SCHIRMER & MURPHY**
2300 Contra Costa Blvd. Ste. 450
Pleasant Hill, CA 94523
Telephone:    (925) 827-3300
Facsimile:    (925) 827-3320

Attorneys for Defendants AUSD and Shelley Lewis

Additional counsel on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. L., a minor by and through his guardian ad litem ROSA GONZALEZ,<br>  Plaintiff,<br>  v.<br>ANTIOCH UNIFIED SCHOOL DISTRICT, SHELLEY LEWIS, BRIAN WILK, and DOES 1-30,<br>  Defendants. | Case No. 3-15-cv-04820-EDL<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE** |

1

LOUIS A. LEONE (SBN 099874)
lleone@leonealberts.com
BRIAN DUUS (SBN 263403)
bduus@leonealberts.com
**LEONE & ALBERTS**
2175 N. California Blvd. Suite 900
Walnut Creek, CA 94596
Telephone:    (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendant Brian Wilk

WHEREAS, pursuant to a settlement agreement between Plaintiff J.L, by and through his guardian ad litem Rosa Gonzalez ("Plaintiff") and Defendants Antioch Unified School District, Shelley Lewis, and Brian Wilk (collectively, "Defendants"), Plaintiff has agreed to dismiss his claims against Defendants with prejudice;

WHEREAS, Defendants have provided the consideration that was agreed upon in exchange for dismissal of Plaintiff's claims;

WHEREAS, the parties have stipulated that final judgment be entered on the following terms:

1. Minor Plaintiff J.L.'s claims against Defendants are hereby dismissed with prejudice;
2. The parties shall bear their own respective attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED AND ADJUDGED.**

DATED: January 17, 2017

_____
Honorable Elizabeth D. Laporte

[Proposed] Judgment of Dismissal with Prejudice                    Case No. 3-15-cv-04820-EDL